Argued August 24, affirmed August 24, petition for rehearing
denied September 19, petition for review
denied October 25, 1972

STATE OF OREGON, *Respondent, v.*
IVY PITTMAN (Nos. 72-02-0472 Cr,
72-02-0473 Cr, consol.), *Appellant.*

500 P2d 274

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.